```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

IN RE:                              )   BANKRUPTCY CASE NO.
Tiffany Ann Bryant                  )   07-62431-JB
                                    )
                                    )
```

NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001

COMES NOW, Taylor, Bean & Whitaker Mortgage Corporation and shows the following:

1.

Mortgage Electronic Registration Systems, Inc. as nominee for EMC Mortgage Corporation filed Proof of Claim number 6 on 03/29/207 in the secured amount of $130,360.15 and pre-petition arrearage of $1,416.98 (XXXXXX3184).

2.

The Mortgage securing this loan is registered with Mortgage Electronic Registration Systems, Inc., and servicing of this loan has transferred to Taylor, Bean & Whitaker Mortgage Corporation. Taylor Bean respectfully requests that all future payments and correspondence regarding claim number 6 be forwarded to:

Taylor, Bean & Whitaker Mortgage Corporation
1417 N. Magnolia Avenue
Ocala, FL  34475

The new loan number is XX6515.

/s/ [signature]
Karrollanne K. Cayce
Georgia Bar No. 428978
Agent/Attorney for Taylor Bean &
Whitaker Mortgage Corporation

McCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA 30076
770-643-2148



**Process Loans, Not Paperwork**™

### 1 record matched your search:

MIN: 1000295-         515-7    Note Date: 05/27/2005           MIN Status: Active

Servicer:  EMC Mortgage Corporation                              Phone: (800) 723-3004
           Lewisville, TX

Return to Search

For more information about MERS please go to www.mersinc.org

Copyright© 2006 by MERSCORP, Inc

Bankruptcy Case No.

07-62431

Chapter 13

Judge  Joyce Bihary

CERTIFICATE OF SERVICE

    I, Karrollanne K. Cayce, Esquire, of McCALLA RAYMER, LLC 1544 Old Alabama Road, Roswell, GA 30076, certify:

    That I am, and at all times hereinafter mentioned, was more than 18 years of age; that on the 3/0 day of April, 2009 I served a copy of the within Notice of Transfer of Claim filed in this bankruptcy matter on the following Respondent(s) by regular mail, with adequate postage affixed, unless another manner is indicated:

Trustee
Mary Ida Townson
100 Peachtree Street, NW
Suite 2700, The Equitable Building
Atlanta, GA  30303

Debtor's Attorney
Darrell L Burrow
4812-A Old National Highway
College Park, GA  30337

Transferee
Taylor, Bean & Whitaker Mortgage Corporation
1417 N. Magnolia Avenue
Ocala, FL  34475

Transferor
EMC Mortgage Corporation
Bankruptcy Department
P.O. Box 292190
Lewisville, TX  75029-2190

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on __4-3-05__ by: __[signature]__
    (date)             (signature)